| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| J. SCOTT BOVITZ (SBN 093458)<br>BOVITZ & SPITZER<br>1100 Wilshire Boulevard, Suite 2403<br>Los Angeles, CA 90017-1961<br>(213) 346-8300; fax (213) 928-4174<br>bovitz@bovitz-spitzer.com<br><br>DONALD L. CORNWELL (SBN 081697)<br>LAW OFFICES OF DONALD L. CORNWELL, PC<br>11826 Dorothy Street, Suite 201<br>Los Angeles, CA 90049<br>(310) 820-1723<br>don@doncornwell.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Southwestern Research, Inc. | **FILED & ENTERED**<br><br>**MAY 04 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ortiz    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>DARRELL DERRICK MAAG,<br><br>Debtor(s)<br><br>SOUTHWESTERN RESEARCH, INC.,<br><br>Plaintiff(s)<br>vs.<br><br>DARRELL MAAG,<br><br>Defendant(s) | CASE NO. 9:22-bk-10023-DS<br>CHAPTER: 11<br>ADVERSARY NO: 9:23-ap-01005-DS<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: April 11, 2023<br>TIME: 11:30 a.m.<br>COURTROOM: 201<br>ADDRESS: 1415 State Street<br>              Santa Barbara, CA 93101 |
|---|---|

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☒ Continued to the following date for a further status conference: **12/12/2023**, **11:30 a.m.**
   b. ☐ A joint status report must be filed and served, including a judge's copy, by *(date)*: _____
   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____
   d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____
   e. ☐ The last date for pre-trial motions to be heard is (*date*): _____
   f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: _____

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                    Page 1                    **F 7016-1.2.ORDER.STATUS.CONF**

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for *(date)* _____ *(time)* _____
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice   ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☐ Other *(specify)*:

###

Date: May 4, 2023

Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    Page 2                          **F 7016-1.2.ORDER.STATUS.CONF**